| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Solomon Washington Lewis** | Social Security number or ITIN | **xxx–xx–3453** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lillie Ann Lewis** | Social Security number or ITIN | **xxx–xx–7390** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed in chapter **13** | **January 29, 2014** |
| Case number: | **14–30397–KLP** | Date case converted to chapter **7** | **March 15, 2016** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Solomon Washington Lewis | Lillie Ann Lewis |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 810 Luke Street<br>Blackstone, VA 23824 | 810 Luke Street<br>Blackstone, VA 23824 |
| 4. | **Debtor's attorney**<br>Name and address | Richard O. Gates<br>P. O. Box 187<br>Chesterfield, VA 23832 | Contact phone 804–748–0382<br>Email: tammy@gateslawva.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Roy M. Terry Jr.<br>Sands Anderson PC<br>P.O. Box 2188<br>Richmond, VA 23218–2188 | Contact phone (804) 648–1636<br>Email:  rterry@sandsanderson.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: March 15, 2016 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 19, 2016 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  June 20, 2016** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Debtor **Solomon Washington Lewis** and **Lillie Ann Lewis**                Case number **14–30397–KLP**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 14-30397-KLP
Solomon Washington Lewis                                              Chapter 7
Lillie Ann Lewis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj          Page 1 of 2          Date Rcvd: Mar 15, 2016
                              Form ID: 309A            Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2016.
```
db/jdb         +Solomon Washington Lewis,    Lillie Ann Lewis,    810 Luke Street,    Blackstone, VA 23824-2821
aty             Andrew S. Goldstein,    Magee Goldstein Lasky & Sayers, PC,    PO Office Box 404,
                 Roanoke, VA 24003-0404
aty            +John Rafferty,    Buckley Madole P.C.,    PO Box 9013,    Addison, TX 75001-9013
aty            +Natalie E Lea,    Buckley Madole,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-7685
aty            +Trenita Jackson Stewart,    Brock and Scott, PLLC,    484 Viking Drive,    Suite 100,
                 Virginia Beach, VA 23452-7321
cr             +BENEFICIAL FINANCIAL I INC.,    PO BOX 9013,    Addison, TX 75001-9013
cr             +BENEFICIAL FINANCIAL I INC.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
12293403       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
12189328        Beneficial Trust,    P. O. Box 1231,    Brandon, FL 33509-1231
12189332        First National Credit Card,    P. O. Box 5097,    Sioux Falls, SD 57117-5097
12506950       +Gates Law Offices,    P.O. Box 187,    Chesterfield, VA 23832-0002
12189336        Mariner Finance,    P. O. Box 35394,    Dundalk, MD 21222-7394
12189338        OneMain Financial,    P. O. Box 183172,    Columbus, OH 43218-3172
12189339       +Shell,   P. O. Box 790394,    Saint Louis, MO 63179-0394
12189342       +Treas., Nottoway County,    P. O. Box 85,    Nottoway, VA 23955-0085
12935631       +U.S. Bank Trust, N.A.,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
12190211       +United States Attorney,    Main Street Centre  18th Flr.,    600 East Main Street,
                 Richmond, VA 23219-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: BASSASSOC.COM Mar 16 2016 02:23:00      Patti H. Bass,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
aty             E-mail/Text: tammy@gateslawva.com Mar 16 2016 02:34:15      Richard O. Gates,    P. O. Box 187,
                 Chesterfield, VA  23832
tr              EDI: QRMTERRY.COM Mar 16 2016 02:28:00      Roy M. Terry, Jr.,    Sands Anderson PC,
                 P.O. Box 2188,    Richmond, VA  23218-2188
cr             +EDI: BASSASSOC.COM Mar 16 2016 02:23:00      United Consumer Financial Services,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,    Tucson, AZ 85712-1083
cr             +EDI: WFFC.COM Mar 16 2016 02:28:00      Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,
                 1451 Thomas Langston Road,    Winterville, NC 28590-8872
12189326       +EDI: GMACFS.COM Mar 16 2016 02:23:00      Ally,    P. O. Box 130424,    Saint Paul, MN 55113-0004
12205995        EDI: GMACFS.COM Mar 16 2016 02:23:00      Ally Financial,    P. O. Box 130424,
                 Roseville, MN 55113-0004
12189327        E-mail/Text: bankruptcy@bbandt.com Mar 16 2016 02:34:52      BB&T,    P. O. Box 580435,
                 Charlotte, NC 28258-0002
12417918       +EDI: HFC.COM Mar 16 2016 02:23:00      Beneficial Financial I Inc.,
                 HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
12189329       +EDI: CAPITALONE.COM Mar 16 2016 02:23:00      Capital One,    P. O. Box 71083,
                 Charlotte, NC 28272-1083
12313723        EDI: CAPITALONE.COM Mar 16 2016 02:23:00      Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
12189330       +EDI: RCSFNBMARIN.COM Mar 16 2016 02:23:00      Credit One,    P. O. Box 60500,
                 City of Industry, CA 91716-0500
12189334        EDI: IRS.COM Mar 16 2016 02:23:00      Department of the Treasury,    Internal Revenue Service,
                 P. O. Box 7346,    Philadelphia, PA 19101-7346
12196383        EDI: DISCOVER.COM Mar 16 2016 02:23:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
12189331       +EDI: DISCOVER.COM Mar 16 2016 02:23:00      Discover Card,    P. O. Box 71084,
                 Charlotte, NC 28272-1084
12189333        EDI: AMINFOFP.COM Mar 16 2016 02:28:00      First Premier Bank,    P. O. Box 5529,
                 Sioux Falls, SD 57117-5529
12189335        EDI: RMSC.COM Mar 16 2016 02:23:00      J. C. Penney,    P. O. Box 960090,
                 Orlando, FL 32896-0090
12407364        EDI: RESURGENT.COM Mar 16 2016 02:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
12189337       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Mar 16 2016 02:35:10      Office of the U.S. Trustee,
                 701 E. Broad St., Suite 4304,    Richmond, VA 23219-1849
12386051        EDI: PRA.COM Mar 16 2016 02:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
12319010       +E-mail/Text: csidl@sbcglobal.net Mar 16 2016 02:35:52      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
12254356        EDI: Q3G.COM Mar 16 2016 02:28:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
12189340        EDI: AGFINANCE.COM Mar 16 2016 02:23:00      Springleaf Financial,    1539 S. Main Street,
                 Blackstone, VA 23824-0000
12189341        EDI: AGFINANCE.COM Mar 16 2016 02:23:00      Springleaf Financial,    P. O. Box 742536,
                 Cincinnati, OH 45274-2536
```

```
District/off: 0422-7          User: cummingsj          Page 2 of 2          Date Rcvd: Mar 15, 2016
                              Form ID: 309A            Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12227862       EDI: AGFINANCE.COM Mar 16 2016 02:23:00      Springleaf Financial Services,   P.O. Box 3251,
                 Evansville, IN  47731
12225870      +EDI: BASSASSOC.COM Mar 16 2016 02:23:00      United Consumer Financial Serv.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
12272056       EDI: WFFC.COM Mar 16 2016 02:28:00      Wells Fargo Bank, N.A.,   P.O. Box 19657,
                 Irvine, CA 92623-9657
12189343       EDI: WFFC.COM Mar 16 2016 02:28:00      Wells Fargo Dealer Services,   P. O. Box 25341,
                 Santa Ana, CA 92799-5341
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank Trust, N.A.
12200591     ##+MARINER FINANCE, LLC,    3301 BOSTON ST.,STE 201,    BALTIMORE, MD 21224-4979
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2016 at the address(es) listed below:

```
          Andrew S. Goldstein    on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer
           Services AGoldstein@mglspc.com,  jcoffman@mglspc.com
          Carl M. Bates    station01@richchap13.com,
           station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
          Natalie E Lea    on behalf of Creditor    BENEFICIAL FINANCIAL I INC. Natalie.Lea@BuckleyMadole.com
          Patti H. Bass    on behalf of Creditor    United Consumer Financial Services ecf@bass-associates.com
          Richard O. Gates    on behalf of Debtor Solomon Washington Lewis tammy@gateslawva.com,
           cindy@gateslawva.com;angela@gateslawva.com;harriette@gateslawva.com
          Richard O. Gates    on behalf of Joint Debtor Lillie Ann Lewis tammy@gateslawva.com,
           cindy@gateslawva.com;angela@gateslawva.com;harriette@gateslawva.com
          Roy M. Terry, Jr.    rterry@sandsanderson.com,  gcross@sandsanderson.com;rterry@ecf.epiqsystems.com
          Trenita Jackson Stewart    on behalf of Creditor    U.S. Bank Trust, N.A.
           tj.stewart@brockandscott.com,  vaecf@brockandscott.com
                                                                                               TOTAL: 8
```